## Case No. 10,687.

### PALMER v. CASSIN.

[2 Cranch, C. C. 66.] [1]

Circuit Court, District of Columbia.   Dec. Term, 1812.

EVIDENCE—CONCLUSIVENESS — ASSIGNMENT—DECLARATIONS OF ASSIGNOR.

The declarations of the assignor, made after the assignment of a chose in action, will not be received to defeat the action brought in his name.

[This was an action by Palmer, for the use of Glover, against Cassin.]

The defendant pleaded the statute of gaming, and offered Palmer's confessions in evidence,—confessions made subsequent to the assignment and since the suit brought.

THE COURT (nem. con.) refused to receive them.   Palmer could not release the action, and the court will not suffer him to defeat it by his declarations.

The defendant then confessed judgment.